

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

September 21, 1961

Honorable Thornton Hardie
Chairman, Board of Regents
University of Texas
Austin, Texas

Dear Mr. Hardie:

Opinion No. WW-1148

Re: Whether Article 2543c
of Vernon's Civil Statutes
requires the University of
Texas to deposit in the
State Treasury or in the
special depository banks
grants of foreign currency
non-convertible into
United States currency
under the facts submitted.

Your request for an opinion on the above subject
matter reads in part as follows:

"The United States Department of
State conducts a program of educational
and cultural exchange. This program
was recently extended to permit the use
of "soft or blocked" currencies (Depart-
ments of State and Justice, the Judiciary
and Related Agencies Appropriation Act
of 1961).

"We request your opinion as to whether
The University of Texas may participate in
these programs where the soft currencies
are deposited to our credit in banks within
the foreign nation whose currency is used.
The University of Texas will be selected
as one of the educational institutions to
carry out the Government's obligation
under the Educational and Cultural Exchange
Program, for which the Department of State
will grant to the University a designated
sum of foreign currency which is non-
convertible into United States dollars.
This sum will be deposited in a bank of a
foreign country to the credit of The
University of Texas without collateral
securing the deposit. Payments will be
made through a designated representative

in a foreign country who shall have the
authority to accept the payment on behalf
of the University from the United States
Embassy in the country wherein the program
is conducted. In many instances the
representative will be someone from the
University, but this will vary according
to the terms of the contract in a particular country.

"The primary question to be determined
insofar as the participation of the University
in the Educational and Cultural Exchange
Program is whether the funds received from
the United States Government must be deposited
in special depository banks as cash receipts
accruing to the University within the meaning of Article 2543c, or may they be deposited in a bank in a foreign country where
the program is conducted, without the protection of pledging eligible securities as
collateral. There is no definition of 'cash
receipts' in the provisions of Article 2543c
or any related statute.

"Also, may University authorized individuals disburse said funds in a foreign
currency in the name of The University of
Texas if such funds are expended in accordance
with the terms of the agreement entered into
between The University of Texas and an agency
of the United States Government?"

Article 2543c, Vernon's Civil Statutes, reads in
part as follows:

"The Governing Boards of the State
Institutions of higher education of this
State are directed to designate special
depository banks, subject to the approval
of the State Treasurer, for the purpose
of receiving and keeping certain receipts
of the institutions of higher education
of this State separate and apart from
funds now deposited in the Treasury.
. . . The State Treasurer is authorized
to promulgate rules and regulations to
require collateral security for the
protection of such funds pursuant to
the provisions of Article 2529 and Article
2530 of Vernon's Texas Civil Statutes.

For the purpose of facilitating the clearance
and collection of the receipts herein
enumerated, the State Treasurer is hereby
authorized to deposit such receipts in any
State Depository Bank and transfer funds
representing such receipts enumerated
herein to the respective special deposi-
tory banks. Banks so designated as special
depository banks are hereby authorized
to pledge their securities to protect
such funds.

"The Governing Boards of the State
institutions of higher learning shall
deposit in the State Treasury all cash
receipts accruing to any college or
university under its control that may be
derived from all sources except auxiliary
enterprises, non-instructional services,
agency and restricted funds, endowment
funds, student loan funds, and Constitu-
tional College Building Amendment funds.
The State Treasurer is directed to credit
such receipts deposited by each such
institution to a separate fund account
for the institution depositing the receipts,
but he shall not be required to keep
separate accounts of types of funds deposited
by each institution. (Emphasis added)

"The Legislature is hereby autho-
rized to create revolving funds for the
handling of funds of institutions of
higher education, as enumerated herein,
by making provision in each biennial
appropriation bill enacted by the Legis-
lature."

Under the facts stated in your request, the United
States Government proposes to grant to the credit of The
University of Texas a sum of money in foreign currency which
is to be expended in the foreign country and is non-
convertible into United States dollars and is never permitted
to be expended outside of or transferred from such country.
Allocations will be made through a designated representative
in the foreign country where the program is conducted.

Under the facts submitted, it is our opinion that
such allocation of grants by the United States Government does
not constitute cash receipts to The University of Texas

within the meaning of Article 2543c since such grant is non-convertible into United States currency. In our opinion "cash receipts" refers to legal tender in this State.

It is further our opinion that the program outlined in your request constitutes an "auxiliary enterprise" of The University of Texas within the meaning of Article 2543c. You are therefore advised that Article 2543c does not require The University of Texas to deposit the outlined grants in special depository banks.

It follows that your second question is answered in the affirmative.

### S U M M A R Y

The University of Texas is not required to deposit in special depository banks grants of foreign currency allocated to The University of Texas by the United States Government in the Student Exchange Program.

Yours very truly,

WILL WILSON
Attorney General of Texas

JR:dhs:lgh

By John Reeve
John Reeves
Assistant

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Pat Bailey
Thomas Burrus
Gordon C. Cass

REVIEWED FOR THE ATTORNEY GENERAL
BY: Houghton Brownlee, Jr.